# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1195

_____

| | | |
|---|---|---|
| Wayne Robinson, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Jo Anne B. Barnhart, Commissioner, | * | [UNPUBLISHED] |
| Social Security Administration, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: November 7, 2001

Filed: November 26, 2001

_____

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges

_____

PER CURIAM.

Wayne Robinson appeals the district court's[1] decision affirming the Commissioner's denial of disability insurance benefits. We review the Commisioner's denial of benefits to determine whether it is supported by substantial evidence on the record as a whole, which includes new evidence submitted to the Appeals Council, see Cunningham v. Apfel, 222 F.3d 496, 500 (8th Cir. 2000), but

_____

[1]The Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

does not include the evidence Robinson seeks to submit with this appeal, <u>see</u> <u>Delrosa v. Sullivan</u>, 922 F.2d 480, 483-84 (8th Cir. 1991) (refusing to consider new evidence submitted on appeal).

Based upon our careful review of the record, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.